# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROUZBEH HAGHIGHAT, BEHROUZ HAGHIGHAT, KIRSTYN M. PEARL, SEYEDFARBOD SABZEVARI, and JAMES D. ROBERGE,<br><br>*Defendants*. | Hon. Michael E. Farbiarz, U.S.D.J.<br><br>Criminal Case No. 25-339<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws her appearance as counsel for Defendant Seyedfarbod Sabzevari in the above-captioned action. Mr. Sabzevari will continue to be represented by Lawrence S. Lustberg, Esq. and Kate E. Janukowicz, Esq. of Gibbons P.C.

Dated: July 15, 2025
       Newark, New Jersey

By: s/ *Jessica L. Guarracino*
    Jessica L. Guarracino, Esq.
    **GIBBONS P.C.**
    One Gateway Center
    Newark, New Jersey 07102
    (973) 596-4500
    jguarracino@gibbonslaw.com