UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROUZBEH HAGHIGHAT, BEHROUZ HAGHIGHAT, KIRSTYN M. PEARL, SEYEDFARBOD SABZEVARI, and JAMES D. ROBERGE,<br><br>                    *Defendants.* | Hon. Michael E. Farbiarz, U.S.D.J.<br><br>Criminal Case No. 25-339<br><br>**NOTICE OF APPEARANCE OF ANDREW J. MARINO** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Defendant Seyedfarbod Sabzevari in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and email address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated: July 22, 2025

**GIBBONS P.C.**

By: *s/ Andrew J. Marino*
     Andrew J. Marino
     One Gateway Center
     Newark, New Jersey 07102
     Tel: 973-596-4683
     amarino@gibbonslaw.com

     *Attorneys for Defendant*
     *Seyedfarbod Sabzevari*