# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>ROUZBEH HAGHIGHAT, BEHROUZ HAGHIGHAT, KIRSTYN M. PEARL, SEYEDFARBOD SABZEVARI, and JAMES D. ROBERGE,<br><br>  *Defendants*. | Hon. Michael E. Farbiarz, U.S.D.J.<br><br>Crim. No. 25-339<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Defendant Seyedfarbod Sabzevari hereby moves before the Honorable Michael E. Farbiarz, United States District Judge for the District of New Jersey, on September 26, 2025 at 10:00 am or such other time as the Court determines, for the entry of an order granting Mr. Sabzevari's omnibus pretrial motions, as set forth in the brief filed herewith.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Mr. Sabzevari relies upon the accompanying Omnibus Brief in Support of Pretrial Motions and Certification of Lawrence S. Lustberg in Support of Defendant Seyedfarbod Savzevari's Omnibus Pretrial Motions.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated: August 8, 2025

Respectfully submitted,

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
llustberg@gibbonslaw.com

*Attorneys for Defendant Seyedfarbod Sabzevari*