# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Michael E. Farbiarz |
| v. | : | |
| | : | Crim. No. 25-339 |
| ROUZBEH "ROSS" HAGHIGHAT, | : | |
| BEHROUZ "BRUCE" HAGHIGHAT, | : | |
| KIRSTYN M. PEARL, | : | |
| SEYEDFARBOD "FABIO" SABZEVARI, | : | |
| JAMES D. ROBERGE | : | |

### Notice of the United States' Response to Defendant Sabzevari's Pretrial Motions
### (ECF No. 81)

The United States, through undersigned counsel, respectfully submits this notice of the submission of its brief in response to Defendant Seyedfarbod "Fabio" Sabzevari's Pretrial Motions (ECF No. 81). Because the filing discusses Disclosure Materials in detail, counsel is filing only this notice and proposed order on the public docket and will serve counsel and Chambers with a complete copy by email to accord with the Protective Order (ECF No. 52).

Dated: August 29, 2025

Respectfully submitted,

LORINDA I. LARYEA
Acting Chief
Fraud Section, Criminal Division
U.S. Department of Justice

By:   */s/ John J. Liolos*
John J. Liolos, Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
John.Liolos@usdoj.gov
(202) 768-2246