**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROUZBEH HAGHIGHAT, BEHROUZ HAGHIGHAT, KIRSTYN M. PEARL, SEYEDFARBOD SABZEVARI, and JAMES D. ROBERGE,<br><br>*Defendants* | Hon. Michael E. Farbiarz, U.S.D.J.<br><br>Crim. No. 25-339<br><br>*Document Electronically Filed*<br><br>**NOTICE OF FILING OF DISCLOSURE MATERIALS** |

Please be advised that, on this date, in accordance with the Protective Order entered by the Court on June 16, 2025 (ECF No. 52), Seyedfarbod Sabzevari submitted Disclosure Materials to the Court in this case in connection with his pretrial motions.

Date: September 12, 2025

By: *s/ Lawrence S. Lustberg*
Lawrence S. Lustberg
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
llustberg@gibbonslaw.com