PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Seyedfarbod Sabzevari**     Docket No. **2:25-cr-00339-MEF-4**

### Petition for Action on Conditions of Pretrial Release

COMES NOW BRIAN W. NAUER PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Seyedfarbod Sabzevari**, who was placed under pretrial release supervision by the **HONORABLE JAMES B. CLARK III, UNITED STATES MAGISTRATE JUDGE** sitting in the Court at **50 Walnut Street, Newark, New Jersey**, on May 28, 2025, under the following conditions:

Released on a $250,000 Unsecured Appearance Bond with the following additional conditions:

1. Pretrial Services Supervision.
2. Surrender all passports/travel documents. Do not apply for new travel documents.
3. Travel restricted to California, and New Jersey (for court purposes and attorney visits only), unless otherwise approved by Pretrial Services.
4. Maintain current residence or a residence approved by Pretrial Services
5. Have no contact with co-defendants, unless in the presence of counsel.
6. Prohibited from buying or selling publicly traded securities or directing others to do so.
7. Substance abuse testing and/or treatment as directed by Pretrial Services.
8. Turn in Iranian passport within 24 hours of release and provide proof cancelling U.S. passport

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER will schedule a bail violation hearing.

ORDER OF COURT

Considered and ordered this ___9th___ day of ___September___, _2025_ and ordered filed and made a part of the records in the above case.

_(signed)_
The Honorable James B. Clark III
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

_____09/09/2025_____

_(signed) Brian W. Nauer_

BRIAN W.
U.S. Pretrial Services Officer