

U.S. Department of Justice

Criminal Division

*1400 New York Avenue, NW*
*Washington, DC 20005*

December 1, 2025

**Via ECF**

Honorable Michael E. Farbiarz
United States District Court
District of New Jersey
2 Federal Square, Courtroom #4
Newark, New Jersey 07101

      Re:    United States v. Haghighat, et al., **Case No. 25-cr-339 (D.N.J.)**

Dear Judge Farbiarz,

    The United States respectfully requests leave to file a motion to exclude numerous exhibits, produced by the Defendants since Friday evening (11/28), including dozens tonight, which include inadmissible self-serving hearsay. *See, e.g., United States v. Hoffecker*, 530 F.3d 137, 191 (3d Cir. 2008) (finding defendant's out-of-court recorded exculpatory statements are inadmissible hearsay). The United States seeks permission to file a motion because of the volume of new exhibits and because many are recordings that may be difficult to address in real time.

                      Respectfully,

                        */s/ John J. Liolos*
                      John J. Liolos
                      Tamara Livshiz
                      Trial Attorneys, U.S. Department of Justice
                      Criminal Division, Fraud Section

CC: Counsel of Record by ECF