# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge: Michael E. Farbiarz        Date: December 5, 2025

Court Reporter: Lisa Larsen & Tammera Witte

**Title of Case:**        Docket # **Cr. 25-339-01,03,04 & 05 (MEF)**

U.S.A. v. Rouzbeth Hagighat, Kirstyn Pearl, Seyedfarbod Sabzevari & James D. Roberge.

**Appearances:**

Tamara Livshiz, AUSA, & John Liolos, AUSA, for the Government
Adam Fee, Esq, & Benjamin Nicholson, Esq, for Rouzbeh Haghighat
Paul Weinstein, Esq, & Eric Mullery, Esq, for Kirstyn Pearl
Larry Lustberg, Esq, & Andrew Marino, Esq, for Seyedfarbod Sabzevari
Zack Intrater, Esq, & Daniela Manzi, Esq, for James Roberge

**Nature of Proceedings:** Trial with Jury Continued

Defendants Present

Oral Argument on Evidentiary Application – Granting In Part, Reserved In Part

Jury Present

Inspector Jan Kosta Continued for the Government
Cross-Examination by Zack Intrater for Defendant for James Roberge

Lunch Recess from 11:55 am to 1:10 pm

Cross-Examination Continued by Zack Intrater for Defendant James Roberge
Cross-Examination by Adam Fee for Rouzbeh Haghighat

```
Trial w/ Jury Adjourned at 2:52 pm, to be Continued on 12/8/2025
at 8:30 am

Bail Continued for All Four Defendants


Time Commended: 8:40 am
Time Adjourned: 3:00 pm
Total Time: 5 hours 5 minutes
```

                                        Kimberly Darling, Deputy Clerk