# United States Department of Justice
Criminal Division

*Fraud Section*

*Bond Building*
*1400 New York Avenue, N.W.*
*Washington, DC 20530*

December 15, 2025

**VIA ECF**
Chambers of the Honorable Michael E. Farbiarz
United States District Court for the District of New Jersey
2 Federal Square, Courtroom #4
Newark NJ, 07102

  Re: *United States v. Haghighat et al.*, Crim No. 25-339 (MEF)

To the Honorable Michael E. Farbiarz:

  In light of the representations contained in ECF Nos. 304, 305, 306, and 307, and based on the information presently known, the United States does not believe that further follow-up is required concerning the confiscated device.

            Respectfully submitted,

             /s/ *Tamara Livshiz*
            John Liolos
            Tamara Livshiz
            Trial Attorneys, Criminal Division
            Department of Justice

CC: All Defendants