UNITED STATES DISTRICT COURT

DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA                CR. ____25cr339 (MEF)____

v.                                       Jury Communication #__4__

Rouzbeh Haghighat

Kirstyn M. Pearl

Seyedfarbod Sabzevari

James D. Roberge

In order for us to find a defendent guilty on Counts 2-17, must the government prove all elements on page 2 of jury instructions in addition to the elements specific to each defendent on pages 23-25?

DATE: _____12.16.2025_____

FOREPERSON: _____