<u>**UNITED STATED DISTRICT COURT**</u>
<u>**DISTRICT OF NEW JERSEY**</u>
<u>**MINUTES OF PROCEEDINGS**</u>

<u>**OFFICE:**</u> **NEWARK**                                   <u>**DATE:**</u> 12/17/2025
<u>**JUDGE:**</u> MICHAEL E. FARBIARZ
<u>**COURT REPORTER:**</u>  Tammara Witte

<u>**TITLE OF CASE:**</u>
                                                                <u>**DOCKET**</u> **# 25-339**

UNITED STATES OF AMERICA
              vs.
Rouzbeh Haghighat
Kirstyn Pearl
Seyedfarbod Sabzevari
James D. Roberge


**APPEARANCES:**

Tamara Livshiz, AUSA
John Liolos, AUSA
Adam Lee, Esq. for Rouzbeh Haghighat
Benjamin Nicholson, Esq. for Rouzbeh Haghighat
Larry Lustberg, Esq.  for Seyedfarbod Sabzevari
Andrew Marino, Esq. for Seyedfarbod Sabzevari
Zack Intrater, Esq.  for James Roberge
Daniela Manzi, Esq. for James Roberge
Paul Weinstein, Esq. for Kirstyn Pearl
Eric Mullery, Esq. for Kirstyn Pearl
Defendants present

**Nature of Proceedings**:

Trial w/jury continued before the Honorable Michael Farbiarz.
Jury present.
Deliberations continued.
Court ordered lunch for 12 jurors from Queen Pizza.
Jury present.
Verdict read into the record.
Jury excused.
Sentencing date for Defendant Rouzbeh Haghighat is 5/4/26 at 10:00.
Sentencing date for Defendant Seyedfarbod Sabzevari is 5/4/26 at 11:30.
Sentencing date for Defendant James Roberge is 5/4/26 at 2:00.
Sentencing date for Defendant Kirstyn Pearl is 5/4/26 at 3:00.
Trial w/jury concluded.


Time Commenced:  9:00

Time Adjourned: 12:30
Total Time: 30 min


  RoseMarie Olivieri
SENIOR COURTROOM DEPUTY