

December 19, 2025

**VIA ECF**

Honorable Michael E. Farbiarz
United States District Judge for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re:    <u>*United States v. Haghighat, et al.*</u>, **Crim. No. 25-339-MEF (D.N.J.)**

Dear Judge Farbiarz:

      Please accept this letter on behalf of all Defendants to respectfully seek an extension to the deadlines to file posttrial motions pursuant to Federal Rules of Criminal Procedure 29 and 33, which would ordinarily be due 14 days following the verdict. Per the parties' discussion with the Court on the record following the verdict, *see* Tr. 2653-54, we have conferred with the Government, who have consented to our request for an additional 47 days, so that Defendants' posttrial briefing would be due Monday, February 2, 2026. The Government's response would be due on March 6, and Defendants' replies would be due on March 20. If this schedule is acceptable to the Court, we respectfully request that Your Honor "So-Order" this letter in the space provided below and direct its entry on the docket at the Court's convenience.

      Thank you, as always, for your kind consideration.

      Respectfully submitted,

      *s/ Lawrence S. Lustberg*
      Lawrence S. Lustberg

**SO ORDERED:**
This 19th day of December, 2025

_____
Honorable Michael E. Farbiarz
United States District Judge