

**Lawrence S. Lustberg**
Partner
+1 973.596.4731 (t)
+1 973.639.6332 (f)
llustberg@fbtgibbons.com

April 12, 2026

**VIA ECF**

Honorable Michael E. Farbiarz
United States District Judge for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

> **Re:** _**United States v. Haghighat, et al.**_**, Crim No. 25-339-MEF (D.N.J.)**

Dear Judge Farbiarz:

As Your Honor is aware, this firm represents Defendant Seyedfarbod Sabzevari in the above-captioned matter. We are in receipt of the letter from counsel for Defendant Rouzbeh (Ross) Haghighat effectively requesting an adjournment of the sentencings for all defendants in this matter. ECF 374. As we advised counsel, however, Mr. Sabzevari objects to any such extension with respect to his sentencing (he obviously does not oppose the postponement of Mr. Haghighat's sentencing) and respectfully requests that his sentencing go forward on May 4, as scheduled, whether or not Mr. Haghighat's sentencing occurs on the same day. Mr. Sabzevari, who wishes to move on with his life, has accordingly been preparing for sentencing. He has a significant interest in his sentencing occurring as soon as possible, as does the public. _See_ Fed. R. Crim. P. 32(b)(1) ("The court must impose sentence without unnecessary delay."); _United States v. Lacerda_, 958 F.3d 196, 219 (3d Cir. 2020) (same). As well, as the Court may have noticed, Mr. Sabzevari is currently the subject of a Petition for Action by Pretrial Services (ECF 371), which also counsels in favor of a prompt sentencing; if Mr. Sabzevari is sentenced on May 4, it could and should obviate the need for a bail revocation hearing so soon before that date.

We certainly understand that it might be more convenient for the Government for all of the sentencings in this matter to proceed on the same date. But, most respectfully, it cannot be said to be "necessary" for Mr. Sabzevari's sentencing to be delayed because counsel for a co-defendant has a scheduling conflict. Indeed, to date, no reason has been provided why these sentencings must occur on the same day, and

April 12, 2026
Page 2


we do not see any "common or related issues," ECF 374, that would necessitate sentencing on the same day.

We are sincerely grateful, as always, for your kind consideration of this request.

Respectfully submitted,

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg