

**Lawrence S. Lustberg**
Partner
+1 973.596.4731 (t)
+1 973.639.6332 (f)
llustberg@fbtgibbons.com

May 13, 2026

**VIA EMAIL**

Honorable Michael E. Farbiarz
United States District Judge for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

> **Re:** ***United States v. Haghighat, et al.*, Crim No. 25-339-MEF (D.N.J.)**

Dear Judge Farbiarz:

We write regarding the ongoing process for determining whether this Firm might be appointed, under the Criminal Justice Act, 18 U.S.C. § 3006A (CJA), to represent defendant Sabzevari in the appeal of his conviction to the United States Court of Appeals for the Third Circuit. As the Court will recall, at Mr. Sabzevari's sentencing, we committed to filing Mr. Sabzevari's notice of appeal from the judgment of conviction, whether or not we were ultimately appointed as his appellate counsel. We are attempting to make good on that promise. However, when we attempted to file, we learned (a) that a notice of appeal requires payment of a filing fee of $605, which Mr. Sabzevari is currently unable to pay (a fee that is waived for CJA-appointed counsel); and (b) that we were unable to file without paying the fee unless we indicated that we have been so appointed, which we obviously cannot do. That is, there is no ability to communicate the current state of affairs, in which an application for appointment under the CJA is pending.

Accordingly, we respectfully request that the Court reach a decision as to our application to be appointed CJA counsel as soon as possible, in sufficient time for us to file the notice of appeal before the jurisdictional deadline of May 19, 2026, which is next Tuesday. In the alternative, we respectfully request that, while our request is pending, the Court itself file the notice of appeal attached hereto as Exhibit A, as the Court would normally offer to do in a case in which a defendant lacked counsel and the means to file.

Thank you for your consideration of this matter.

May 13, 2026
Page 2

Respectfully submitted,

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg