

**FBT Gibbons**

**Andrew J. Marino**
Partner
+1 973.596.4683 (t)
+1 973.639.6332 (f)
amarino@fbtgibbons.com

May 22, 2026

**VIA ECF**

Honorable Michael E. Farbiarz
United States District Judge for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re:  *United States v. Haghighat, et al.*, **Crim No. 25-339-MEF (D.N.J.)**

Dear Judge Farbiarz:

I write in connection with the Consent Order concerning Mr. Sabzevari's release from custody pending his voluntary surrender, which the Court entered earlier today. ECF 414. Since the Order was entered, I have spoken with Pretrial Services regarding the logistics of Mr. Sabzevari's release. Mr. Sabzevari is expected to be released this evening at approximately 8:00pm, after close of business. The Order as entered requires him to meet with Pretrial Services immediately after his release or on the next business day. Because of the holiday weekend, he will not be able to meet with Pretrial Services until Tuesday, May 26. To avoid requiring Mr. Sabzevari to either remain in custody until Tuesday or to stay in a hotel in Newark, Pretrial Services has agreed to permit Mr. Sabzevari to travel to California either tonight or (if he is released too late to make the last flight to Los Angeles this evening) Saturday morning, conditioned on his reporting to Pretrial Services in Los Angeles at 9:00am on Tuesday for the installation of location monitoring. I have attached an amended Consent Order reflecting this agreement.

I have conferred with Trial Attorney Tamara Livshiz, who has stated that she defers to Pretrial Services' decision. If the amended Consent Order is satisfactory to the Court, please sign and file it at Your Honor's earliest convenience. Of course, if Your Honor has any questions this request, please do not hesitate to contact us. Thank you very much for your kind consideration of this matter.

May 22, 2026
Page 2

Respectfully submitted,

*s/ Andrew J .Marino*
Lawrence S. Lustberg
Andrew J. Marino

cc: Tamara Livshiz, Trial Attorney
   United States Department of Justice