**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael E. Farbiarz, U.S.D.J. |
| v. | Crim. No. 25-339 |
| ROUZBEH HAGHIGHAT, BEHROUZ HAGHIGHAT, KIRSTYN M. PEARL, SEYEDFARBOD SABZEVARI, and JAMES D. ROBERGE, | **AMENDED CONSENT ORDER** |
| *Defendants* |  |

**THIS MATTER** having come before the Court on the application of defendant Seyedfarbod Sabzevari, by his counsel, FBT Gibbons LLP (Lawrence S. Lustberg, Esq., appearing), to allow defendant Mr. Sabzevari to voluntarily surrender to the Bureau of Prisons facility in which he will serve the sentence imposed upon him by the Court on May 4, 2026, ECF 393, and to impose certain conditions of release upon him pending such voluntary surrender and the United States, by Tamara Livshiz, Trial Attorney, having consented to such relief, and for good cause shown,

**IT IS** on this 22 day of May 2026,

**ORDERED** that defendant Seyedfarbod Sabzevari shall be immediately released from the Essex County Correctional Facility, where he is currently being held by the United States Marshals Service; and it is further

**ORDERED** that upon his release, the defendant shall travel to California as soon as practicable, where he shall reside with his sister Mahroo Arabshahi Sabzevari, until he voluntarily surrenders for the service of the remainder of his sentence on a date to be determined by the Bureau of Prisons; and it is further

**ORDERED** that the defendant shall meet with Pretrial Services in Los Angeles at 9:00am on Tuesday, May 26, 2026, where he will be placed on a curfew with GPS monitoring and will be restricted to his residence as directed by Pretrial Services pending his voluntary surrender to the Bureau of Prisons; and it is further

**ORDERED** that all other conditions of release that had been imposed upon Mr. Sabzevari prior to their revocation on April 29, 2026, ECF 387, shall be reinstated, at the discretion of the United States Office of Pretrial Services, pending his surrender to the Bureau of Prisons for service of his sentence; and it is further

**ORDERED** that the Clerk of the Court shall, upon execution, provide copies of this Order to the United States Probation Office, the United States Marshals Service, the Federal Bureau of Prisons, and the United States Office of Pretrial Services.

Honorable Michael E. Farbiarz
United States District Judge